UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-62448-CIV-DIMITROULEAS

BILL TAYLOR,

    Plaintiff,

vs.

SALVADOR, INC.

    Defendant.

_____/

**JOINT STIPULATION TO APPROVE SETTLEMENT AGREEMENT AND CONSENT DECREE AND TO DISMISS WITH PREJUDICE**

    Plaintiff, BILL TAYLOR ("Plaintiff"), and Defendant, Salvador, Inc. ("Defendant"), hereby file this Joint Stipulation seeking the Court's Approval of the attached Settlement Agreement and Consent Decree ("Consent Decree") and to Dismiss with Prejudice, and respectfully move this Court to approve and adopt the same, and state:

    1.    Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* Defendant denies such allegations but desires to settle and resolve all claims without any admission of wrongdoing or liability.

    2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree attached hereto as Exhibit "1."

3. In accordance therewith, the Parties respectfully request that the Court review, approve and ratify the Consent Decree. Additionally, the parties request the Court retain jurisdiction to enforce the terms of the Consent Decree. *See Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005).

4. As part of the Consent Decree, Plaintiff has agreed to dismiss the action with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Consent Decree, that this matter be dismissed with prejudice, with the Court reserving jurisdiction to enforce the Consent Decree.

5. Accept as otherwise stated in the Settlement, each Party shall bear their own attorneys' fees and costs, including expert fees.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant in this action with prejudice, and retaining jurisdiction to enforce the Consent Decree.

| /s/ Douglas S. Schapiro | /s/ William G. Salim, Jr. |
|---|---|
| Douglas S. Schapiro, Esq.<br>Fla. Bar # 54538<br>Schapiro Law Group, P.L.<br>Attorneys for Plaintiff<br>7050 W. Palmetto Park Road<br>Suite 15-271<br>Boca Raton, FL 33433<br>Tel: 561-807-7388<br>Fax: 561-807-7198<br>Email: Schapiro@schapirolawgroup.com | William G. Salim, Jr., Esq.<br>Fla. Bar #: 750379<br>Moskowitz, Mandell, Salim & Simowitz, P.A.<br>Attorneys for Defendant<br>800 Corporate Drive, Suite 500<br>Fort Lauderdale, FL 33334<br>Tel: 954-491-2000<br>Fax: 954-491-2051<br>Email: wsalim@mmsslaw.com |