UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62448-CIV-DIMITROULEAS

BILL TAYLOR,

    Plaintiff,

vs.

SALVADOR, INC.,

    Defendants.

_____/

### ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation to Approve Settlement Agreement and Consent Decree and to Dismiss with Prejudice [DE 18], filed herein on March 21, 2012. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Stipulation [DE 18] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**. Each party is to bear its own attorney's fees and costs, including expert fees, except as otherwise agreed;

3. The Court hereby reserves jurisdiction to enforce the parties' Consent Decree;

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of March, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record